## AFFIDAVIT OF RUBEN VERA

I have personal knowledge of the following facts and am competent to testify to same.

1.    I am currently employed at Sol Azteca Mexican Restaurant, Inc. ("Sol Azteca") located at 1289 Peoria Street, Washington, Illinois 61571 as a cook. I was hired in 2005 as a cook.

2.    During my employment, Sol Azteca utilized a split-shift work schedule, with a morning shift, break, and evening shift.

3.    [handwritten: I entered at 8:00 a.m.] During my employment, my work schedule has varied somewhat as to start times, break times, and end times.

4.    During my employment, my break in-between shifts has been approximately two hours long.

5.    [handwritten: During these breaks on several occasions we worked and were paid.] During my employment, I have not worked during breaks, nor have I observed other employees working during their breaks.

6.    During my employment, I have never been directed to work, nor have I worked, during a time when I was signed-out or clocked-out.

7.    During my employment, I have always been accurately compensated.

8.    During my employment, I have never been asked or forced by Sol Azteca or any of its managers to return my salary to the restaurant.

9.    [handwritten: I have never had a bank account]. During my employment, ~~I have occasionally requested~~ [handwritten: I would have my paycheck cashed] at the restaurant [handwritten: and was paid cash] as a personal preference.

10.    During my employment, [handwritten: when the restaurant would cash my



EXHIBIT

12

paycheck] ~~if I would request that my paycheck be cashed~~, I would [handwritten: also]  receive [handwritten: cash]; I received the full face value of the paycheck.

11.     During my employment, on two occasions, I requested a wage advance or loan from Sol Azteca.

12.     During my employment, when I requested a wage advance or loan from Sol Azteca, I would repay the amount I owed from my salary.

13.      I sign this statement voluntarily. No one has promised me anything for signing it, and no one has threatened me with anything if I do not sign it.   I know that I have the right to sign a statement or not sign a statement. [handwritten: I had [the right]]

14.     I am attaching to this Affidavit, Exhibit A, a copy of a document which was read to me out loud on April 8, 2010, before I made any statements about any of these matters.


I declare, under penalty of perjury, that the foregoing is true and correct. Executed on this 13th day of April, 2010.



__/S/_____
RUBEN VERA